IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL CASE NO. 11-00084-CG |
| | ) | |
| DANIEL DWIGHT BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on the defendant's unopposed Motion to Continue trial filed on June 22, 2011 (Doc. 26), to which a waiver of speedy trial signed by the defendant is attached.

Upon due consideration of the grounds cited by counsel, the motion is hereby **GRANTED**. The court finds that a continuance of the trial is appropriate pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(i) & (iv), and that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial. Therefore, trial is hereby **CONTINUED** to the August 2011 criminal term, which commences with jury selection beginning on August 1, 2011.

The clerk is directed to refer this matter to the Magistrate Judge to schedule a pretrial conference during the month of July 2011.

**DONE and ORDERED** this 23rd day of June, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE